# United States Court of Appeals for the Federal Circuit

———————————

September 6, 2012

**ERRATA**

———————————

Appeal No. 2011-5092

SCOTT TIMBER COMPANY

v.

UNITED STATES,

Decided: September 5, 2012
Precedential Opinion

———————————

Please make the following change:

Page 3, lines 9-10, of the dissent, change "The Court of Federal Claims" to "The Claims Court."